BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone:  415-977-8976
    Fax:  415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENA MAE ANDERSON,<br><br>       Plaintiff,<br><br>    vs.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:15-CV-00906-BAM<br><br>AMENDED STIPULATION AND ORDER FOR DEFENDANT TO SERVE THE CERTIFIED ADMINISTRATIVE RECORD |

       Defendant Carolyn W. Colvin, Acting Commissioner of Social Security hereby requests to extend the time by thirty days from November 3, 2015 to December 3, 2015, for Defendant to serve the Certified Administrative Record (CAR) in this case.  This is the Commissioner's first request for an extension.

       There is good cause for this extension because the CAR has not yet been produced.  The component of the Social Security Administration responsible for production of the CAR for civil court actions, the Office of Disability Adjudication and Review (ODAR), continues to work through a substantial caseload.  Counsel for the Commissioner apologizes for the delay and is working diligently with ODAR to produce the CAR.  Plaintiff has no objection to this request.

Dated: 11/3/2015                 By:     Respectfully submitted,
                                         /s/ John Vincent Johnson
                                         (As authorized via email on 11/3/2015)
                                         JOHN VINCENT JOHNSON
                                         Attorney for Plaintiff


Dated: 11/3/2015                         BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                 By:     /s/ Jacob M. Mikow
                                         JACOB M. MIKOW
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel


## ORDER

        Based upon the agreement of the parties, and for good cause shown, IT IS HEREBY

ORDERED that Defendant shall have an extension of time, up to and including December 3,

2015, to serve and file the Certified Administrative Record.  All other deadlines set forth in the

Scheduling Order (Doc. 6) are modified accordingly.

IT IS SO ORDERED.


        Dated:   **November 3, 2015**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE