BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134

Attorneys for Defendant CAROLYN W. COLVIN,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENA MAE ANDERSON, | No. 1:15-cv-00906-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the below Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. The response is currently due January 21, 2016. The extension would result in a due date of February 22, 2016.

    On January 4, 2016, this case was assigned to the undersigned. The undersigned has also been re-assigned over a dozen active cases. In order to review and respond to Plaintiff's Motion for Summary Judgment, the undersigned asks for 30 additional days to respond. This is Defendant's second extension request.

    The parties further stipulate that the Court's Scheduling Order shall be modified

-1-

accordingly.

Dated: January 20, 2016                     BENJAMIN B. WAGNER
                                            United States Attorney
                                            DEBORAH STACHEL
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration


                                   BY:      */s/ Patrick William Snyder*
                                            PATRICK WILLIAM SNYDER
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

Dated: January 21, 2016

                                   BY:  */s/ John V. Johnson*

                                        JOHN V. JOHNSON
                                        (as authorized via email on 1/21/2016)
                                        Attorney for Plaintiff


ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a second extension of time, up to and including February 22, 2016, in which to file a response to Plaintiff's opening brief. All other deadlines set forth in the Court's Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 22, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE